## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ballard, Cassandra | Case Number: 06 B 03591 |
| | Judge: Hollis, Pamela S |
| Printed: 12/16/08 | Filed: 4/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: November 3, 2008

Confirmed: June 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,580.00 | |
| Secured: | | 5,449.86 |
| Unsecured: | | 0.00 |
| Priority: | | 321.95 |
| Administrative: | | 2,348.00 |
| Trustee Fee: | | 460.19 |
| Other Funds: | | 0.00 |
| Totals: | 8,580.00 | 8,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,348.00 | 2,348.00 |
| 2. | Meadows Credit Union | Secured | 8,776.82 | 5,449.86 |
| 3. | Internal Revenue Service | Priority | 3,171.69 | 321.95 |
| 4. | Internal Revenue Service | Unsecured | 14.55 | 0.00 |
| 5. | Cash America | Unsecured | 33.84 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 24.00 | 0.00 |
| 7. | United States Dept Of Education | Unsecured | 522.93 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 102.54 | 0.00 |
| 9. | Meadows Credit Union | Unsecured | 832.30 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 63.00 | 0.00 |
| 11. | USA Payday Loans | Unsecured | | No Claim Filed |
| 12. | Bank One | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Columbia Credit Union | Unsecured | | No Claim Filed |
| 15. | DMCCB | Unsecured | | No Claim Filed |
| 16. | Check N Go | Unsecured | | No Claim Filed |
| 17. | First Premier | Unsecured | | No Claim Filed |
| 18. | ECast Settlement Corp | Unsecured | | No Claim Filed |
| 19. | First Premier | Unsecured | | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 21. | R & R Country Motors | Unsecured | | No Claim Filed |
| 22. | Sallie Mae | Unsecured | | No Claim Filed |
| 23. | Social Security Administration | Unsecured | | No Claim Filed |
| 24. | One Iron Ventures | Unsecured | | No Claim Filed |
| 25. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 26. | Sallie Mae | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ballard, Cassandra

Printed: 12/16/08

Case Number:  06 B 03591

Judge:  Hollis, Pamela S

Filed:  4/5/06

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | US Bank Corp | Unsecured | | No Claim Filed |
| 28. | Beneficial | Unsecured | | No Claim Filed |
| 29. | Sallie Mae | Unsecured | | No Claim Filed |
| 30. | USA Payday Loans | Unsecured | | No Claim Filed |
| | | | $ 15,889.67 | $ 8,119.81 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 21.45 |
| 5% | 58.50 |
| 4.8% | 93.60 |
| 5.4% | 210.60 |
| 6.5% | 76.04 |
| | $ 460.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

